IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JEFFREY R. HALL and VICKI HALL,

    Plaintiffs,

v.

MENARD, INC.,

    Defendant.

CAUSE NO.: 1:21-cv-2932

## NOTICE OF REMOVAL

Defendant, Defendant, Menard, Inc. ("Menard"), by counsel, and for its Petition for Removal of Action, states as follows:

1. On November 2, 2021, Plaintiffs filed their Complaint against Defendant in the Bartholomew County Circuit Court of Indiana under Cause Number 03C01-2111-CT-005665.

2. In their Complaint, Plaintiffs allege that on September 11, 2020, they were invitees on the Menard store premises when Plaintiff Jeffrey Hall was injured.

3. Plaintiffs allege that Jeffrey Hall sustained damages as a result of an incident at the Menard store.

4. Plaintiffs are citizens of the State of Indiana.

5. Defendant is incorporated under the laws of the State of Wisconsin with its principal place of business in Eau Claire, Wisconsin.

6. Defendant contends that this cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

7. Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, as Plaintiffs' Complaint has a prayer for damages alleging that Defendant

breached its duty to Plaintiffs causing Plaintiff Jeffrey Hall to have sustained personal, including a rotator cuff tear, and has been forced to incur expenses for reasonable and necessary medical tests, medical examinations, medical treatment including surgery, medications, hospitalizations and similar expenses in an effort to diagnose his injuries and restore his health. Plaintiff Jeffrey Hall also alleges that his injuries are permanent and will cause pain, residual problems, and limitations for the remainder of his lifetime. Furthermore, Plaintiff Vicki Hall alleges that she has lost time and incurred expenses in caring for and treating her husband and has been deprived of the services of her husband as a companion, husband and helper, and will lose those services and assistance in the future.

8. Plaintiffs' counsel confirmed via email that Plaintiffs are seeking in excess of $75,000.

9. Defendant was served with Plaintiffs' Complaint by certified mail on November 8, 2021.

10. This Petition for Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

11. Copies of all pleadings filed in the state court action that are in the possession of Defendant are attached as "Exhibit A".

12. Contemporaneously, a written notice is being provided to all adverse parties and to the Clerk of the Bartholomew County Circuit Court, that this Petition of Removal is being filed in this Court.

**WHEREFORE**, Defendant, Menard, Inc., prays that the entire state court action pending in the Bartholomew County Circuit Court of Indiana, under Cause Number 03C01-2111-CT-005665, be removed to this Court for all further proceedings.

Dated: November 29, 2021

         Respectfully Submitted,

         KOPKA PINKUS DOLIN PC


        By: */s/ Jessica N. Hamilton*
          Jessica N. Hamilton (#34268-71)
          Attorney for Menard, Inc.


## CERTIFICATE OF SERVICE

 I hereby certify that on the 29th day of November, 2021, the foregoing has been filed through the Court's ECF system and notice has been electronically served on the following counsel of record:

Eric K. Habig
Beck Rocker & Habig, LLC
320 Franklin St.
Columbus, IN  47201

          */s/ Jessica N. Hamilton*


KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel: (317) 818-1360
Fax: (317) 818-1390
Email: jnhamilton@kopkalaw.com